JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ FABIOLA DOMINGUEZ MARTINEZ,<br>Petitioner,<br>v.<br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-02635-ACCV<br><br>**JUDGMENT** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's August 5, 2026 Order Granting Petition. (Dkt. 10.)

IT IS SO ORDERED.

DATED: August 14, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge